ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Missouri Department of Social Services | ) ASBCA Nos. 63410-ADR, 63434-ADR |
| | ) 63533-ADR |
| | ) |
| Under Contract No. W9124J-21-D-0002, | ) |
| Task Order No. W9124J-21-F-0043 | |

APPEARANCE FOR THE APPELLANT:       Keith L. Baker, Esq.
                                    Baker, Cronogue, Tolle & Werfel, LLP
                                    McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                    Army Chief Trial Attorney
                                    LTC Benjamin W. Hogan, JA
                                    CPT Paula F. Barr, JA
                                    John C. Degnan, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 18, 2024

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63410-ADR, 63434-ADR, 63533-ADR, Appeals of Missouri Department of Social Services, rendered in conformance with the Board's Charter.

Dated: June 18, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals